UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christopher Foster,                                        Case No. 3:20-cv-532

           Plaintiff,

v.                                                                    ORDER

Donald Trump, *et al.*,

           Defendants.

On March 21, 2024, *pro se* Plaintiff Christopher Foster filed a motion for relief from judgment under Federal Rule of Civil Procedure 60(b).  (Doc. No. 24).  I denied that motion after concluding Foster failed to identify any reason to justify relief.  (Doc. No. 25).  Foster now moves for reconsideration of my order denying his Rule 60(b) motion.  (Doc. No. 26).  But Foster offers no basis for reconsideration other than that he disagrees with my rejection of his Rule 60(b) motion.  Foster's dissatisfaction with my ruling is an inappropriate and insufficient ground to support a motion for reconsideration.  *See, e.g., Meekison v. Ohio Dep't of Rehab. & Corr.*, 181 F.R.D. 571, 572 (S.D. Ohio 1998) (citation and internal quotation marks omitted).

Therefore, I deny his motion for reconsideration.  (Doc. No. 26).

So Ordered.

                                                           s/ Jeffrey J. Helmick
                                                           United States District Judge